UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATHAN DARLING, <br><br> Plaintiff <br><br> v. <br><br> RECEIVABLES PERFORMANCE MANAGAMENT <br><br> Defendant | ) ) ) ) ) ) ) ) C.A. No. 11-11565 ) ) ) ) ) ) |

### Notice of Dismissal

Pursuant to Fed. Rule Civ. P. 41(a)(1), the plaintiff hereby dismisses the above-captioned action with prejudice.

                                                               Respectfully submitted,
                                                               Nathan Darling
                                                               By his attorney:

                                                               /s/ Elizabeth A. Miller
                                                               Elizabeth A. Miller
                                                               Attorney at Law
                                                               BBO #559347
                                                               P.O. Box 66026
                                                               Auburndale, MA 02466
                                                               Telephone: (617) 478-4914
                                                               elizabethamiller@comcast.net

Date: January 5, 2012

### Certificate of Service

I, Elizabeth A. Miller, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by first class mail, postage prepaid, on January 5, 2012.

                                                               /s/ Elizabeth A. Miller
                                                               Elizabeth A. Miller